UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 DEC -9 AM 9: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ABEL MARAVILLA-SANDOVAL,<br><br>　　　　　　　　Defendant. | CASE NO. 10CR4310-JM<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal without prejudice; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) of: as charged in the Information .

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: DECEMBER 7, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


　　　　　　　　　　　　　　　　ENTERED ON _____